IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

RECEIVED
2016 JUN 21  A 11: 09

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CR. NO. 3:16cr225-MHT |
| v. ) | |
| KENNETH FEARSON ) | [18 U.S.C. § 1028A(a)(1), (c)(5)] |
| Defendant ) | **INFORMATION** |

The United States Attorney charges that:

## INTRODUCTION

At times relevant to this Information:

1. Defendant KENNETH FEARSON resided in Phenix City, Alabama, within the Middle District of Alabama. In 2013 and 2014, Defendant KENNETH FEARSON was employed at Carmike Cinemas in Phenix City, Alabama. Through his employment, Defendant KENNETH FEARSON and others had access to the means of identification of employees of Carmike Cinemas.

2. A "means of identification" was any name or number that may be used, alone or in conjunction with any other information, to identify a specific individual, including a name, Social Security number, or date of birth.

3. The Internal Revenue Service ("IRS") was an agency of the United States Department of the Treasury responsible for enforcing and administering the tax laws of the United States, and collecting taxes owed to the United States.

13942213.1

## COUNT ONE
(Aggravated Identity Theft)

1.  The factual allegations contained in Paragraphs 1 through 3 of the Introduction Section of this Information are realleged and incorporated herein as if copied verbatim.

2.  In 2013, within the Middle District of Alabama and elsewhere, the Defendant KENNETH FEARSON did knowingly possess, transfer and use the means of identification of another person without lawful authority during and in relation to the felony offense of wire fraud, that is, he knowingly possessed, transferred, and used the name and Social Security number of A.B., an actual person, while causing to be electronically transmitted in interstate commerce a fraudulent federal tax return in the name of A.B., claiming a tax refund of $3,393.

All in violation of Title 18, United States Code, Sections 1028A(a)(1) and (c)(5) and § 2.


GEORGE L. BECK, JR.
United States Attorney

*/s/ Michael C. Boteler*
Michael C. Boteler
Michael Hatzimichalis
Trial Attorneys
United States Department of Justice
Tax Division

Jonathan Ross
Assistant United States Attorney